IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARRY D. THOMPSON, | ) | 8:08CV07 |
| Petitioner, | ) | |
| v. | ) | |
| DOUGLAS COUNTY COURTS, | ) | |
| Respondent. | ) | |
| LAWRENCE - LARRY D. THOMPSON, | ) | 8:08CV28 |
| Petitioner, | ) | |
| v. | ) | |
| Defendant. | ) | |
| LAWRENCE - LARRY D. THOMPSON, | ) | 8:08CV56 |
| Petitioner, | ) | **MEMORANDUM AND ORDER** |
| v. | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Motion for Extension of Time. (Case No. 8:08CV07, Filing No. 11; Case No. 8:08CV28, Filing No. 8; Case No.

8:08CV56, Filing No. 9.)  For good cause shown, Petitioner's Motion is granted.

    IT IS THEREFORE ORDERED that:

    1.    Petitioner's Motion for Extension of Time  (Case No. 8:08CV07, filing no. 11; Case No. 8:08CV28, filing no. 8; Case No. 8:08CV56, filing no. 9) is granted.

    2.    Petitioner shall have until June 2, 2008 in which to amend and consolidate his habeas corpus claims in accordance with the court's previous Memorandum and Order.

April 16, 2008.        BY THE COURT:

        s/ Joseph F. Bataillon
        Chief United States District Judge